# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

SCANNED at PENDLETON and Emailed on 12-1-23 by JC (initials) - 22 (num) pages.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Demarkus Adams ,

_____ ,

_____ ,

vs

(Full name of defendant(s))

Lt. S. Jackson ,

ofc. M. Sommers ,

T. Solomon ,

**FILED**
**12/01/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:

1:23-cv-02160-JPH-TAB

(To be supplied by clerk of court)

A.  PARTIES:

1. Plaintiff is a citizen of ___Indiana___ , and is located at
   (State)

   __4490 W. Reformatory Rd. Pendleton, In. 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Lt. S. Jackson__
   (Name)

D-6 (revised 4/20/2022)                    Complaint - 1

A. Parties:

Defendant Ofc. M. Sommers is a citizen of Indiana + resides at N/A + worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064

Defendant Case Manager T. Solomon is a citizen of Indiana + resides at N/A + worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, In. 46064

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)
and (if a person) resides at ___N/A___
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for Pendleton C.F. 4490 W. Reformatory Rd. Pendleton, IN. 46064
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I was placed in G-cellhouse "Segregation". Between 7-2-23 & 7-15-23 I was on stripcell. I wasn't given any hygiene whatsoever. No soap, shampoo, toothpaste, toothbrush. Nothing. All I had the whole time was the pair of boxers I had on.
I asked Lt. J. Jackson many times to please get me soap, hygiene & a way to change clothes. He is the Lt. for G-Dorm.

(1)

Everytime I asked Lt. J. Jackson, he would start yelling at me that this is what I get for coming to Segregation for putting my hands on staff. One time I told him if he wouldn't help I was going to write a Grievance, and he told me if I wrote a Grievance on him he would make my time even harder.

I would ask officer M. Sommers everytime she worked to please help. That I had no soap or any hygiene. And I needed to clean my boxers. Everytime I asked officer Sommers for help, she would tell me this is what I get for putting my hands on officers. And she would laugh at me.

T. Solomon is the CaseManager here in G-cellhouse. I tried to get him to help me many times. Everytime I asked him, he would get mad and tell me it isn't his job to worry about these issues. That when you put your hands on

(2)

D-6 (revised 4/20/2022)    Complaint - 3

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana          State Form 8532

DOC No. 230061
NAME: D. Adams

_____ 20____

## B. Statement of Claim

Staff here at Pendleton, hygiene & clothes is a privelege. And he would tell me to stop asking him.

Because I had no soap & hygiene, I was forced to live in this filthy cell. I had no way to clean myself when I went to the shower. I had to wash with just water. Which by not washing my body, left my sheets filthy & dirty & hard to sleep on.

I had to use the bathroom everyday, and I had no way to wash my hands. I was forced to eat my food with dirty hands.
I ended up getting sick with some kind of stomach sickness from that. CaseManager T. Soloman kept refusing me Health Care Forms.
It was hard for me to eat my food everyday because of the thought of not being able to wash my hands.

I had to wash my boxers in my sink with no kind of soap or shampoo. Which was very embarressing to have to wear them.

This has been an ordeal that has left me with alot of issues mentally that I'm working on fixing.

I'm suing Lt. J. Jackson, officer M. Sommers, and CaseManager T. Soloman all for Cruel & Unusual Punishment, for forcing me to live in

(3)

PENDLETON CORRECTIONAL FACILITY
Pendleton, Indiana         State Form 8532

DOC No. 235061
NAME: D. Adams
_____ 20___

## B. Statement of claim

deplorable conditions. Harmful Conditions. Not allowing me to be able to clean myself, which is a human necessity and Right.

All 3 are being sued for Retaliation for telling me when I asked for help that this is what I'm getting because of something that I did to be placed in Segregation. And using that as a means to punish me & make me suffer.

Enclosed is the whole Grievance Process. Everything was fully exhausted by IDOC Policies.

(4)

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
        OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I'm asking for $150,000 for all the pain & suffering this has caused me. And for the mental problems I'm going through from this ordeal.

And for Lt. J. Jackson, ofc. M. Sommers, and Case Manager T. Soloman to be remanded for how their treating us here & so they can't keep getting away with it.

E. JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
    OR

☐ Court Trial – I want a judge to hear my case

Dated this 29 day of November 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

230061
Plaintiff's Prisoner ID Number

Pendleton C.F. 4490 W. Reformatory
Rd. Pendleton, In. 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.